DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWIN MATOS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0073

[May 9, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 02-015762-CF10A.

Edwin Matos, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***